# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BETHANY DIANNE VILLAREAL, <br><br> Defendant. | Case No.: 17-CR-03094-W <br><br> **ORDER GRANTING DEFENDANT'S MOTION FOR COMPASSIONATE RELESE UNDER 18 U.S.C. § 3582(c)(1)(A)(i) [DOC. 63]** |

On July 9, 2018, this Court sentenced Defendant Bethany Dianne Villareal to sixty-three months imprisonment for Conspiracy to Distribute Methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and 846. Defendant now moves to modify her sentence, arguing that her underlying health conditions place her at a higher risk of severe injury or death should she contract COVID-19.

18 U.S.C. § 3582(c) provides that a defendant may bring a motion only after she has "fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons"

1

17-CR-03094-W

to bring a motion on her behalf. Defendant has satisfied the exhaustion requirement and the Court has jurisdiction and for the reasons below **GRANTS** Defendant's motion.

Under 18 U.S.C. § 3582(c)(1)(A), a court may reduce a defendant's term of imprisonment "after considering the factors set forth in [18 U.S.C. § 3582(a)]" if the court finds that "extraordinary and compelling reasons warrant such a reduction" and "such a reduction is consistent with applicable policy statements issued by the Sentencing Commission."

The United States agrees that Defendant's obesity (BMI over 37-kg./m²) presents a serious risk factor identified by the Centers for Disease Control ("CDC") as heightening the risk of severe injury or death were the Defendant to contract COVID-19. Defendant's Multiple Sclerosis condition renders her especially susceptible to COVID-19 because the treatment for this condition suppresses her immune system and thereby increases the risk that she will be infected by and suffer serious complications from COVID-19.

Defendant's body mass index, Multiple Sclerosis, and corresponding immunosuppression constitute extraordinary and compelling reasons, which after consideration of the § 3553(a) factors, justify reducing her sentence.

Based on the forgoing, the Court **GRANTS** Defendant's motion [Doc. 63] and **ORDERS**:

(1) Defendant is resentenced to a custodial sentence of time served effective upon her obtaining a medical clearance from FCI Phoenix that she is not infected with COVID-19.

(2) Defendant is to contact the U.S. Probation Office within 72 hours of her release from custody to arrange for the unserved portion of her original custodial sentence

to be served by home confinement as a condition of her 3-year term of supervised release.

**IT IS SO ORDERED.**

Dated: January 4, 2021

_____
Hon. Thomas J. Whelan
United States District Judge